IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLAUDDETTE GERONIMO,          :
                                      :
      Plaintiff,               :
   v.                            :     3:20-CV-02145
                                        :     (JUDGE MARIANI)
POTTSVILLE FORD d/b/a/      :
SANDS FORD OF POTTSVILLE  :
                                        :
      Defendant.            :

## ORDER

AND NOW, THIS ___14th___ DAY OF SEPTEMBER 2021, for the reasons set forth in

this Court's accompanying Memorandum Opinion, upon consideration of Defendant's

Motion to Dismiss (Doc. 7), **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, to wit:

    (a) The Motion is **GRANTED** with respect to Count I.

    (b) The Motion is **DENIED** with respect to Count II.

    (c) The Motion is **GRANTED** with respect to Count III.

2. Count I and Count III of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**

   **AND WITH LEAVE TO AMEND**.

3. Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date of this Order in which to

submit an amended complaint that corrects the defects cited in the Court's

accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge